**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| KARL GONZALEZ, an individual )<br>)<br>Plaintiff, )<br>) | **CASE NO.: 0:17-CV-62351-BB** |
| v. )<br>) | |
| CONVERGENT OUTSOURCING, INC., )<br>a Washington corporation )<br>) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to S.D. Fla. L.R. 11.1(d)(3), Scott D. Owens, Esq. hereby moves the court for leave to withdraw his appearance as one of Plaintiff's attorneys in this matter, and to be relieved of all further responsibility in the above-styled action and in support thereof state as follows:

1. The undersigned attorney was specifically retained by Plaintiff to prosecute this matter as an individual action.

2. Because Plaintiff has elected to pursue this action as a class action, Plaintiff, out of abundance of caution, has secured another attorney with significant class action experience and with whom he has no professional or personal relationship. Janet R. Varnell of the firm of Varnell & Warwick, P.A. will assume the role as counsel for the Plaintiff.

3. Mr. Owens' withdrawal will not cause any prejudice or delay in this case. Because all parties are actively represented by counsel, they do not require any additional time to adjust to the absence of Mr. Owens as counsel in this matter.

4. In accordance with Local Rule 11.1(d)(3) this Motion is being served on the parties' respective counsel as follows:

>Janet R. Varnell
>Varnell & Warwick, P.A.
>P.O. Box 1870
>Lady Lake, FL 32158
>jvarnell@varnellandwarwick.com
>bwarwick@varnellandwarwick.com
>kstroly@varnellandwarwick.com
>
>Charles J. McHale
>Golden Scaz Gagain, PLLC
>201 North Armenia Avenue
>Tampa, FL 33609
>dgolden@gsgfirm.com
>cmchale@gsgfirm.com

WHEREFORE, Scott D. Owens respectfully requests that this Court grant him leave to withdraw as counsel in the above-captioned matter.

### CERTIFICATION OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I have conferred with all interested parties regarding the relief requested herein. There is no opposition to the motion.

>Respectfully Submitted,

Dated: March 7, 2018
>s/ Scott D. Owens
>Scott D. Owens, Esq.
>SCOTT D. OWENS, P.A.
>3800 S. Ocean Dr., Ste. 235
>Hollywood, FL 33019
>Tel: 954-589-0588
>Fax: 954-337-0666
>scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                By:    s/ Scott D. Owens
                          Scott D. Owens, Esq.
                          SCOTT D. OWENS, P.A.
                          3800 S. Ocean Dr., Ste. 235
                          Hollywood, Florida 33019
                          Tel: 954-589-0588
                          Fax: 954-337-0666
                          scott@scottdowens.com